js-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NICHOLAS C. PAPPAS, | ) | Case No. CV 13-2794-JFW (SP) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| SERGEANT ROJAS, | ) | |
| Defendant. | ) | |

Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: November 21, 2013

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE